AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ for the _____   DISTRICT OF _____ Massachusetts _____

CHARLES LANGONE, AS FUND MANAGER OF
THE NEW ENGLAND TEAMSTERS AND TRUCKING
INDUSTRY PENSION FUND

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

EAGLE GRAPHICS, INC.

04  12509 DPW

TO: (Name and address of defendant)

Joseph Benger, President
Eagle Graphics, Inc.
179 Campanelli Pkwy.
Stoughton, MA 02072

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Catherine M. Campbell, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

NOV 3 0 2004

DATE

AO 44

Se

NAME

Cl

**Norfolk County Sheriff's Department**  P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
*Norfolk, ss.*

December 9, 2004

I hereby certify and return that on 12/6/2004 at 12:03PM I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Joseph Benger, president, person in charge at the time of service for Eagle Graphics, Inc., at  179 Campanelli Parkway,  Stoughton, MA 02072. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Postage and Handling ($1.00) Total Charges $36.00

Deputy Sheriff James E. Riggs

*Deputy Sheriff*

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    *Date*                                            *Signature of Server*

          _____
                                          *Address of Server*

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.