UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

CHARLES LANGONE, as FUND MANAGER    )
of the NEW ENGLAND TEAMSTERS AND    )
TRUCKING INDUSTRY PENSION FUND    )
    )
        Plaintiff,    )
    )    C.A. No. 04-12509 DPW
v.    )
    )
EAGLE GRAPHICS, INC and    )
JOSEPH BENGER, in his capacity as President    )
of Eagle Graphics, Inc.    )
    )
        Defendants,    )
_____)

## STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

Plaintiff in the above action agrees that the time for Defendants to file an answer to

Plaintiff's Complaint may be extended up to and including January 26, 2005 in order to allow

Defendant to retain an attorney.

Dated:  December 29, 2004           Respectfully submitted,

           Catherine M. Campbell
           BBO #549397629444
           Feinberg, Campbell & Zack, P.C.
           177 Milk Street
           Boston, MA 02109
           (617) 338-1976

           /s/ Catherine M. Campbell_____
           Attorney for Plaintiff

<u>Certificate of Service</u>

     I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Joseph Benger, President, Eagle Graphics, Inc. 179 Campanelli Pkwy, Stoughton, MA 02072.
.

<u>/s/Catherine M. Campbell</u>

Date: December 29, 2004          Catherine M. Campbell