

# Eagle Graphics, Inc

A NEXT GENERATION PRINTING PARTNER
179 Campanelli Parkway Stoughton, MA 02072
781-318-2210   Fax: 781-318-2299

12/27/04

<u>Via Certified Mail</u>

Catherine M. Campbell, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02072

    Re: Case No. 04 12509DPW

Dear Ms. Campbell,

    I have received your summons noted above and am in process of finding a law firm to handle this case. My pervious firm had a conflict of interest and was unable to handle me any longer. I have contacted two firms and am scheduling a time to make appointment to interview. My contact has been on vacation and is due back after the New Year. Further, we have also had three holiday periods between when I received this summons and reply timing.

    I am requesting reasonable time to hire a new law firm to handle this case.

Very truly yours,

J. Craig Benger

cc: Clerk of the United States District Court, MA