UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, AS FUND MANAGER, of the NEW ENGLAND TEAMSTERS AND TRUSCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>EAGLE GRAPHICS, INC. and JOSEPH BENGER, in his capacity as President of Eagle Graphics, Inc.<br><br>Defendants. | C.A. No. 04-12509 DPW |

## NOTICE OF APPEARANCE

Please enter the appearance of Morgan, Brown and Joy, LLP, and the undersigned attorneys as counsel for Defendants Eagle Graphics, Inc. and Joseph Benger in the above-referenced matter.

Respectfully submitted,

EAGLE GRAPHICS, INC.
AND JOSEPH BENGER

_____
Gregory A. Manousos (BBO #631455)
Morgan, Brown & Joy, LLP
200 State Street, 11th floor
Boston, MA 02109
(617) 523-6666

Dated: January 24, 2005

## CERTIFICATE OF SERVICE

    I, Gregory A. Manousos, do hereby certify that I have on this 24th day of January, 2005, served the within pleading, by first class mail upon counsel for Plaintiff: Catherine M. Campbell, Esq., Feinberg, Campbell & Zack, P.C., 177 Milk Street, Boston, MA 02109.

                                                                                              Gregory Manousos