UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, AS FUND MANAGER,<br>of the NEW ENGLAND TEAMSTERS AND<br>TRUSCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br>v.<br><br>EAGLE GRAPHICS, INC. and<br>JOSEPH BENGER, in his capacity as President<br>of Eagle Graphics, Inc.<br><br>Defendants. | C.A. No. 04-12509 DPW |

## STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT

Plaintiff in the above action has assented to Defendants' request for an extension of time, to February 7, 2005, in which to file an Answer to Plaintiff's Complaint.

Respectfully submitted,

EAGLE GRAPHICS, INC.
AND JOSEPH BENGER

_____
Gregory A. Manousos (BBO #631455)
Morgan, Brown & Joy, LLP
200 State Street, 11th floor
Boston, MA 02109
(617) 523-6666

Dated: January 24, 2005

## CERTIFICATE OF SERVICE

I, Gregory A. Manousos, do hereby certify that I have on this 24th day of January, 2005, served the within pleading, by first class mail upon counsel for Plaintiff: Catherine M. Campbell, Esq., Feinberg, Campbell & Zack, P.C., 177 Milk Street, Boston, MA 02109.

Gregory Manousos