UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
)
Plaintiff, )
)  C.A. No. 04-12509 DPW
v. )
)
EAGLE GRAPHICS, INC and )
JOSEPH BENGER, in his capacity as President )
of Eagle Graphics, Inc. )
)
Defendants, )

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1**

The Plaintiff, Charles Langone, Fund Manager of the New England Teamsters and Trucking Industry Pension Fund, and his counsel hereby certify that we have conferred:

(a) with a view to establish a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and,

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____          March 15, 2005
Charles Langone, as Fund Manager of                  Dated
New England Teamsters and Trucking
Industry Pension Fund

_____          March 15, 2005
Catherine M. Campbell                                        Dated
BBO# 549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976