UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>EAGLE GRAPHICS, INC and JOSEPH BENGER, in his capacity as President of Eagle Graphics, Inc.<br><br>Defendants, | C.A. No. 04-12509 DPW |

**AMENDED JOINT PROPOSED PRETRIAL SCHEDULE**

Pursuant to the Notice of Scheduling Conference issued by this Court, counsel for the parties have conferred for the express purpose of (1) preparing an agenda of matters to be discussed at the March 24, 2005 scheduling conference, (2) preparing a proposed pretrial schedule for the case that includes a plan for discovery, and (3) considering whether they will consent to trial by magistrate judge.

As a result of said conference between counsel, parties have agreed, subject to Court approval, to prepare for trial in accordance with the following proposed pretrial schedule.

1. All discovery shall be completed by October 3, 2005.

2. Parties shall file any and all Rule 56 Motions for either partial or total summary judgment by November 21, 2005.

At this time, the parties do not consent to a trial by magistrate judge.

| For the Plaintiff, | For the Defendants, |
|---|---|
| Charles Langone, as Fund Manager of New England Teamsters and Trucking Industry Pension Fund, By his Attorneys, | Eagle Graphics, Inc., and Joseph Benger, in his capacity as President of Eagle Graphics, Inc. By their Attorney, |
| /s/ Catherine M. Campbell<br>Catherine M. Campbell<br>BBO# 549397<br>Feinberg, Charnas, Campbell & Zack, P.C.<br>177 Milk Street<br>Boston, MA 02109 | /s/ Laurence J. Donoghue<br>Laurence J. Donoghue<br>BBO#: 130140<br>Morgan, Brown & Joy, LLP<br>200 State Street 11th floor<br>Boston, MA 02109-2605 |
| Dated: March 17, 2005 | Dated: March 17, 2005 |