UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as Fund Manager
of the New England Teamsters and
Trucking Industry Pension Fund,

Plaintiff,

v.

Civil Action No. 04-12509 DPW

EAGLE GRAPHICS, INC. and JOSEPH
BENGER, in his capacity as President
of Eagle Graphics,

Defendants.

## DEFENDANTS' LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to United States District Court for the District of Massachusetts Local Rule 16.1(D)(3), defendants Eagle Graphics, Inc. and Joseph Benger (in his capacity as President of Eagle Graphics, Inc.) and their counsel hereby certify that they have conferred: (1) With a view to establishing a budget for the full costs and various alternative courses of this litigation; and (2) To consider the resolution of this litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

EAGLE GRAPHICS, INC.

By: _____
Joseph Benger, President

JOSEPH BENGER

*[signature]*

And by their attorneys:

*[signature]*

Laurence J. Donoghue
BBO No. 130140
MORGAN, BROWN & JOY, LLP
200 State Street
Boston, MA 02109-2605
Tel: (617) 523-6666

Dated:   March 23, 2005

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the above document via electronic mail and by first class mail this 23rd day of March, 2005, upon counsel for plaintiff: Catherine M. Campbell, Esq., Feinberg, Campbell & Zack, P.C., 177 Milk Street, Suite 300, Boston, MA 02109.

*[signature]*

Laurence J. Donoghue