UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>EAGLE GRAPHICS, INC and JOSEPH BENGER, in his capacity as President of Eagle Graphics, Inc.<br><br>Defendants, | C.A. No. 04-12509 DPW |

**PLAINTIFF FUND'S DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 26 (a)(1)**

Pursuant to Federal Rules of Civil Procedure 26 (a) (1) and Local Rule 26.2 (A), Plaintiff makes the following initial disclosures:

A) The following persons are likely to have information relevant to the notice and demand for withdrawal liability from the New England Teamsters and Trucking Industry Pension Fund ("the Fund") as well as Fund policies and procedures regarding the calculation and collection of the withdrawal assessment. Charles Langone, Fund Manager and Marchelle Cunningham, Fund employee, New England Teamsters & Trucking Industry Pension Fund, One Wall Street, 4th Floor, Burlington MA 01803-4768, with telephone number (781) 345-4400. Peter Hardcastle, Fund Actuary, 611 North Carolina Avenue, SE, Washington, DC 20003, with telephone number (877) 243-4766.

B) The relevant documents, all of which are available for copying at this office are as follows:

- The Fund's Pension Plan Rules and Regulations regarding Withdrawal liability.

- Demand of Payment of Withdrawal Liability dated March 11, 2004 from Fund to Eagle Graphics, Inc.

- Copy of Return Receipt of Demand of Payment of Withdrawal Liability dated March 16, 2004.

- Notice of Default, dated May 18, 2004 from Fund to Eagle Graphics, Inc.

- Copy of Return Receipt of Notice of Default dated May 20, 2004.

- Letter to Catherine M. Campbell to Gregory A. Manousos dated March 15, 2005 with attached recalculation of Withdrawal Liability.

- Collective Bargaining Agreement between Eagle Graphics, Inc. and Teamsters Local 25.

- Standard Participation Agreement signed by Eagle Graphics, Inc.

C) A computation of damages claimed by the Fund to date is as follows:

| | |
|---|---|
| Delinquent Interim Payments | $ 152,215.00 |
| Interest as of 6/11/05 | 9,388.30 |
| Attorney's fees and costs | 6,842.16 |
| Liquidated damages | 30,443.00 |

Plaintiff reserves the right to amend this statement.

Dated: June 24, 2005

For the Plaintiff,
CHARLES LANGONE, FUND MANAGER,
By his Attorney,

/S/ Catherine M. Campbell
Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

Certificate of Service

I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Laurence Donoghue, Esq., Morgan, Brown & Joy, LLP, 200 State Street, 11th Floor, Boston, MA 02109-2605.

/s/Catherine M. Campbell
Date: June 24, 2005              Catherine M. Campbell