UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br>   Plaintiff,<br><br>v.<br><br>EAGLE GRAPHICS, INC and JOSEPH BENGER, in his capacity as President of Eagle Graphics, Inc.<br>   Defendants, | C.A. No. 04-12509 DPW |

## JOINT MOTION TO AMEND SCHEDULING ORDER

NOW COME the Parties who respectfully move this Court for an extension of the deadline to complete discovery in this matter. Pursuant to the Scheduling Order dated March 29, 2005, discovery was to be completed by October 3, 2005. The Parties request an extension of the deadline to November 30, 2005 with dispositive motions to be filed by January 20, 2006.

This request is made in order to 1) allow time for Defendant to respond to outstanding discovery and 2) allow the Court to rule on the Plaintiff's Motion for Civil Contempt Against Next Generation Printing, Inc. submitted simultaneously with this motion.

Respectfully submitted,

| | |
|---|---|
| Charles Langone, as Fund Manager of New England Teamsters and Trucking Industry Pension Fund, By his Attorney, | Eagle Graphics, Inc., and Joseph Benger, in his capacity as President of Eagle Graphics, Inc. By their Attorney, |
| /s/ Catherine M. Campbell<br>Catherine M. Campbell<br>BBO# 549397<br>Feinberg, Campbell & Zack, P.C.<br>177 Milk Street<br>Boston, MA 02109 | /s/ Laurence J. Donoghue<br>Laurence J. Donoghue<br>BBO#: 130140<br>Morgan, Brown & Joy, LLP<br>200 State Street 11th floor<br>Boston, MA 02109-2605 |

Dated: October 7, 2005