UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND )<br><br>Plaintiff, )<br><br>v. )<br><br>EAGLE GRAPHICS, INC and JOSEPH BENGER, in his capacity as President of Eagle Graphics, Inc. )<br><br>Defendants, ) | C.A. No. 04-12509 DPW |

## AFFIDAVIT OF CATHERINE M. CAMPBELL IN SUPPORT OF MOTIONFOR CIVIL CONTEMPT AGAINST NEXT GENERATION PRINTING, INC.

I, Catherine M. Campbell, depose and say as follows:

1. I am an attorney representing the Plaintiff in the above referenced matter.

2. On June 20, 2005, I caused a Subpoena to be served upon the Keeper of the Records of Next Generation Printing, Inc. attached hereto as Exhibit 1.

3. The subpoena requested that certain documents listed on Exhibit A attached to the Subpoena be produced at my office on July 20, 2005 at 9:00 a.m. A witness fee was paid. My name, address and phone number were included on the Subpoena. I also included this instruction, "Please contact Attorney Campbell with any questions."

4. No objection was made to the subpoena, no person from Next Generation Printing, Inc. contacted this office and the documents have not been produced for inspection.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7TH DAY OF OCTOBER 2005.

/S/ Catherine M. Campbell
Catherine M. Campbell
BBO #549397
Feinberg, Campbell & Zack, PC.
177 Milk Street
Boston, MA 02109
(617) 338-1976

## Issued by the
## UNITED STATES DISTRICT COURT

of the _____ DISTRICT OF ___MASSACHUSETTS___

Charles Langone, as Fund Manager
of the New England Teamsters and
Trucking Industry Pension Fund

V.

Eagle Graphics, Inc. and
Joseph Benger, President of Eagle
Graphics, Inc.

### SUBPOENA IN A CIVIL CASE

CASE NUMBER:[1]    04-12509 DPW

TO: Keeper of Records
Next Generation Printing, Inc.
179 Campanelli Pkwy., Stoughton, MA 02072

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE EXHIBIT A

\* Please contact Attorney Campbell with any questions.

| PLACE Feinberg, Campbell & Zack, P.C.<br>177 Milk Street, Suite 300<br>Boston, MA 02109 | DATE AND TIME<br>July 20, 2005<br>9:00 A.M. |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>Catherine M. Campbell, Attorney | DATE |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER  Catherine M. Campbell, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street, Boston, MA 02109   Tel: (617) 338-1976

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

## EXHIBIT A

1) Any and all documents relating to the assets, liabilities and balance sheets of Eagle Graphics, Inc. reviewed by Next Generation Printing, Inc. in contemplation of the transaction described in the Memorandum of Understanding between Next Generation Printing, Inc. and Eagle Graphics, Inc. dated December 17, 2005;

2) Any and all documents relating to and resulting from the transaction described in the Memorandum of Understanding between New Generation Printing, Inc. and Eagle Graphics, Inc. dated December 17, 2003 including but not limited to the following:

    a) Any and all documents setting forth the terms of the agreement or understanding described above;
    b) Any and all account records including ledgers, financial statements, tax returns, accounts receivable, accounts payable, loan documents, bank account records, financial, bookkeeping, and/or billing;
    c) Documents relating to the collection of the revenues of Eagle Graphics, Inc. by New Generation Printing, Inc.,
    d) Documents relating to the payment of liabilities including but not limited to expenses, accounts payable, leases and loan payments etc. by or on behalf of Eagle Graphics, Inc. on or after December 17, 2003.
    e) Documents relating to the sale, liquidation or disposal of equipment or other tangible assets of Eagle Graphics, Inc. on or after December 17, 2003.
    f) Documents relating to payments made to Eagle Graphics, Inc. or its officers pursuant to the Memorandum of Understanding.

3) Any and all documents relating to the employment of employees of Eagle Graphics, Inc. who were hired by Next Generation.