UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE
    Plaintiff,

v.                            CIVIL ACTION
                                  NO.04-12509-DPW

EAGLE GRAPHICS, INC, and
JOSEPH BENGER,
    Defendant.

## ORDER TO SHOW CAUSE

WOODLOCK, District Judge

**KEEPER OF THE RECORDS OF NEXT GENERATION PRINTING, INC**, failed to appear and failed to produce records for a deposition scheduled for July 20, 2005, pursuant to a subpoena issued by the Plaintiff:

Accordingly, **KEEPER OF THE RECORDS OF NEXT GENERATION PRINTING, INC.** is hereby ORDERED TO SHOW CAUSE why they should not be held in contempt for failure to appear or produce records for a deposition pursuant to the subpoena. **KEEPER OF THE RECORDS OF NEXT GENERATION PRINTING, INC.** is **ORDERED** to file a written response to this ORDER TO SHOW CAUSE with the Court, and serve a copy on the parties, within 10 days, but no later than **NOVEMBER 10, 2005.**

IT IS FURTHER ORDERED that the Plaintiff shall serve this order FORTHWITH on **NEXT GENERATION PRINTING, INC** and any other appropriate party.

                                            BY THE COURT,

                                            /s/ Michelle Rynne
DATED: October 31, 2005                 Deputy Clerk