UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br>　　　　Plaintiff,<br><br>v.<br><br>EAGLE GRAPHICS, INC. and<br>JOSEPH BENGER, in his capacity as President of Eagle Graphics, Inc.<br>　　　　Defendants, | )<br>)<br>)<br>)<br>)　C.A. No. 04-12509 DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION TO AMEND SCHEDULING ORDER**

NOW COME the Parties who respectfully move this Court for an extension of the deadline to complete discovery in this matter.  On October 31, 2005, this Court issued an Order to Show Cause to Next Generation Printing, Inc. requiring the production of certain documents no later than November 10, 2005.  Counsel for Next Generation has contacted this office and requested an extension to time to produce the documents to November 30 2005.  The request appears to be reasonable for reasons stated in the attached letter from Attorney John Rothstein.  As discovery is now due on November 30th, Plaintiff estimates that the delay in the production of these documents will require a forty-five days extension of time to complete discovery. This additional time is necessary to review the documents and schedule one deposition.  Therefore the parties respectfully request an extension of time to January 14, 2006 for completion of discovery and to March 7, 2006 for filing of Motions for Summary Judgment.

Counsel for Defendants has assented to this motion.

Respectfully submitted,

Charles Langone, as Fund Manager of
New England Teamsters and Trucking
Industry Pension Fund,                                    Dated: November 7, 2005
By his Attorney,

/s/ Catherine M. Campbell
Catherine M. Campbell
BBO# 549397
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109

# LAW OFFICE OF
# JOHN A. ROTHSTEIN
### A PROFESSIONAL CORPORATION

421 Essex Street
Millburn, New Jersey 07041
Telephone: (973) 769-6226
Fax: (973) 258-0556
Email: john@jarlawoffice.com

*Admitted to the Bars of Massachusetts and New Jersey

November 4, 2005

**BY UPS OVERNIGHT MAIL**
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210
ATTN: Ms. Michelle Rynne, Deputy Clerk

    RE:    **Langone v. Eagle Graphics, Inc.**
            **Civil Action No.: 04-12509-DPW**

Dear Ms. Rynne:

    Thank you for taking the time to speak with me over the telephone earlier today. As I mentioned, I am Counsel to Next Generation Printing, Inc. ("Next Gen"), who is a potential witness in the above referenced civil action. Apparently, a subpoena seeking documents was served on Next Gen in June 2005. Next Gen has no record of receiving this subpoena, but does not dispute the assertion of Jerold S. Loomis set forth in the Proof of Service.

    For whatever reason, the subpoena was either misplaced, misfiled or otherwise lost. Because the subpoena was lost before any of the proper parties at Next Gen were able to comply with it, Next Gen did not produce any of the requested materials. In fact, the first time Next Gen's management learned of the subpoena was on November 3, 2005, when Next Gen received an Order to Show Cause ("OSC") relating to their failure to produce the requested information. Next Gen immediately forwarded the matter to my attention for prompt handling and compliance. I would like to make perfectly clear that Next Gen would not intentionally ignore a subpoena and intends to fully comply with the information request set forth in the subpoena.

    Over the past few days, I have talked extensively to Plaintiff's Counsel, Catherine Campbell, Esq., to whom I explained the fact that Next Gen did not know of the subpoena until the OSC had been filed. I explained that Next Gen has every intention of producing the requested documents. However, due to

Deputy Clerk Michelle Rynne
Civil Action No: 04-12509 DPW
November 4, 2005
Page 2

the voluminous and detailed nature of the requests, and the age of some of the documents requested, Next Gen will be unable to comply with request by November 10, 2005, the return date for the OSC. In our conversations, Ms. Campbell kindly agreed to an extension to allow Next Gen to search their books and records and obtain copies of the requested documents, which include copies of invoices and checks which may date back a number of years. This extension of time will cause Plaintiff to request additional time to complete discovery. Ms. Campbell represented she would be filing a Motion to Extend Discovery upon receipt of her adversary's consent.

Accordingly, I ask that you accept this letter as the written response Ordered in the OSC. As discussed between myself and Ms. Campbell, the documents requested shall be produced no later than November 30, 2005.

For the foregoing reasons, I respectfully request that the Court not hold Next Gen in contempt. Please feel to contact me at any time if you would like to discuss this matter further.

Very Truly Yours,
Law Office of John A. Rothstein, P.C.

BY: _____
John A. Rothstein
Attorney for Next Generation Printing, Inc.
BBO# 565471
421 Essex Street
Millburn, New Jersey 07041

JAR:npo
CC: Catherine M. Campbell, Esq. (by fax only)
    Paul Rothstein (by email only)