UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER | ) |
| of the NEW ENGLAND TEAMSTERS AND | ) |
| TRUCKING INDUSTRY PENSION FUND | ) |
|      Plaintiff, | ) |
| | )    C.A. No. 04-12509 DPW |
| v. | ) |
| | ) |
| EAGLE GRAPHICS, INC. and | ) |
| JOSEPH BENGER, in his capacity as President | ) |
| of Eagle Graphics, Inc. | ) |
|      Defendants, | ) |

_____)

## ASSENTED TO MOTION TO EXTEND TIME TO FILE
## MOTIONS FOR SUMMARY JUDGMENT


NOW COMES the Plaintiff and requests an extension of time to file his Motion

for Summary Judgment from March 7, 2006 to April 7, 2006.  Defendants have assented

to the Motion.  The extension is necessary in order to give Defendants additional time to

provide discovery documents which were due on February 17, 2006.  In addition, the

parties have entered into settlement discussions and the additional time will give an

opportunity to further explore a possible settlement.

Dated: March 2, 2006              Respectfully submitted,

                                  Charles Langone, as Fund Manager of
                                  New England Teamsters and Trucking
                                  Industry Pension Fund,

                                  By his Attorney,

                                  /s/ Catherine M. Campbell
                                  Catherine M. Campbell, BBO# 549397
                                  Feinberg, Campbell & Zack, P.C.
                                  177 Milk Street
                                  Boston, MA 02109