UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARGES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>　　　　Plaintiff,<br><br>v.<br><br>EAGLE GRAPHICS, INC and<br>JOSEPH BENGER, in his capacity as President of Eagle Graphics, Inc.<br><br>　　　　Defendants, | C.A. No. 04-12509 DPW |

## MOTION OF PLAINTIFF FOR SUMMARY JUDGMENT

NOW COMES the Plaintiff, Charles Langone, as Fund Manager for the New England Teamsters and Trucking Industry Pension Fund and moves this court pursuant to Rule 56 of the Federal Rule of Civil Procedure to enter a judgment in favor of the Plaintiff on its Complaint against Defendant Eagle Graphics, Inc. in the above captioned matter. The Fund relies for this motion upon the attached Memorandum of Law and Affidavits of Charles Langone and Catherine M. Campbell.

Dated: March 13, 2006            Respectfully submitted,

　　　　　　　　　　　　　　　　/S/ Catherine M. Campbell
　　　　　　　　　　　　　　　　Catherine M. Campbell
　　　　　　　　　　　　　　　　BBO #549397
　　　　　　　　　　　　　　　　FEINBERG, CAMPBELL & ZACK, P.C.
　　　　　　　　　　　　　　　　177 Milk Street
　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　(617) 338-1976

Certificate of Service

      I, Catherine M. Campbell, do hereby certify that on this date, I served the Motion of Plaintiff for Summary Judgment, Memo is Support, Affidavits and Statement of Undisputed Material Facts in Support of Motion by first-class mail upon a copy of the foregoing to be mailed this day by U.S. first-class mail to Laurence Donoghue, Esq., Morgan, Brown & Joy, LLP, 200 State Street, 11th Floor, Boston, MA 02109-2605.

Dated: March 13, 2006                                                     /S/ Catherine M. Campbell
                                                                                   Catherine M. Campbell

Certificate of Local Rule 7.1 Conference

      I, Catherine M. Campbell, counsel for Plaintiff Charles Langone in the above-captioned matter, hereby certify that I have attempted to confer with Laurence Donoghue, Esq., Morgan, Brown & Joy, LLP, 200 State Street, 11th Floor, Boston, MA 02109-2605.

Dated: March 13, 2006                                                             /S/ Catherine M. Campbell

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
CHARLES LANGONE, as FUND MANAGER    )
of the NEW ENGLAND TEAMSTERS AND    )
TRUCKING INDUSTRY PENSION FUND      )
                                    )
            Plaintiff,              )
                                    )    C.A. No. 04-12509 DPW
v.                                  )
                                    )
EAGLE GRAPHICS, INC and             )
JOSEPH BENGER, in his capacity as President )
of Eagle Graphics, Inc.             )
                                    )
            Defendants,             )
_____)

**JUDGMENT**

Now, upon Motion of Plaintiff demonstrating that Defendant Eagle Graphics, Inc. owes Plaintiff the principal sum of $152,215.00 for withdrawal liability, $15,275.78 in interest charges, $30,443.00 in liquidated damages and $31,603.84 in attorneys' fees and costs, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Eagle Graphics, Inc. the sum of $229,537.62.


Dated:_____        _____
                                     Judge, U.S. District Court