UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>EAGLE GRAPHICS, INC and JOSEPH BENGER, in his capacity as President of Eagle Graphics, Inc.<br><br>Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-12509 DPW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**AFFIDAVIT OF CATHERINE M. CAMPBELL IN SUPPORT
OF AWARD OF ATTORNEY'S FEES AND COSTS PURSUANT TO
<u>SECTION 502(g)(2) OF ERISA, 29 U.S.C. § 1132(g)(2)</u>**

Catherine M. Campbell deposes and says as follows:

1. I am an attorney with the law office of Feinberg, Campbell & Zack, P.C., located at 177 Milk Street, Boston, MA 02109. I am admitted to practice before the United States District Court for the District of Massachusetts, the United States District Court for the Northern District of California, the United States Court of Appeals for the First Circuit, the Massachusetts Supreme Judicial Court, and the California Supreme Court. I specialize in litigation under the Employee Retirement Income Security Act of 1974 (ERISA) and the Multiemployer Pension Plan Amendments Act of 1980 (MPPAA). I have acted as legal representative of the New England Teamsters and Trucking Industry Pension Fund ("Pension") for the purposes of the above-captioned matter.

2. The amount of time this office has expended in pursuing collection of pension contributions due and owing the Pension Fund from the Defendants Eagle Graphics, Inc.

and Joseph Benger, has been 129.25 hours.  Pursuant to financial arrangements made by this office with the Fund, services performed by an attorney in this office for the Fund are charged at the rate of $235.00 per hour for Catherine M. Campbell, $210 per hour for an associate attorney and $125 per hour for a paralegal.  Accordingly, the amount of legal fees incurred by the Pension Fund as a result of the work performed by this office is $30,003.75.  The total amount of costs amount to $1,600.09.

     3.  The total of attorneys fees and costs incurred by the Pension Fund are $31,603.84.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 13th  DAY OF MARCH 2006.

                                   /S/ Catherine M. Campbell
                                   Catherine M. Campbell
                                   BBO #549397
                                   Feinberg, Campbell & Zack, P.C.
                                   177 Milk Street
                                   Boston, MA 02109
                                   (617) 338-1976

Fees

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| 200.353 | 07/28/2004 | 11 | A | 1 | 125.00 | 0.75 | 93.75 | Open new file; Control group research; Draft Demand letter and withdrawal liability questionnaire<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 07/29/2004 | 7 | A | 1 | 235.00 | 1.50 | 352.50 | Review of new file; Edit of Demand letter and questionnaire<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 08/09/2004 | 7 | A | 1 | 235.00 | 3.50 | 822.50 | Internet research of LLP; Edit of questionnaire<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 09/09/2004 | 7 | A | 1 | 235.00 | 1.50 | 352.50 | Edit Complaint; Preparation of Summons; Research regarding service<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 10/12/2004 | 7 | A | 1 | 235.00 | 2.75 | 646.25 | Research regarding control group<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 10/13/2004 | 7 | A | 1 | 235.00 | 1.50 | 352.50 | Research control group and officers<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 10/18/2004 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Letter to company with withdrawal liability questionnaire<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 10/19/2004 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Telephone conference with J. Macintosh; Memo to file<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 11/01/2004 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Review of draft Complaint<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 11/24/2004 | 7 | A | 1 | 235.00 | 2.50 | 587.50 | Edit of draft Complaint<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 12/02/2004 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Letter to sheriff regarding Summons<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 12/09/2004 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Telephone conference with employer; Preparation of Stipulation to Extend Time to Answer Complaint<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 12/14/2004 | 7 | A | 1 | 235.00 | 0.25 | 58.75 | Update litigation report<br>New England Teamsters & Trucking Industry | ARCH |
| 200.353 | 12/28/2004 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Telephone conference with Benger; Preparation and filing of Stipulation to Extend Time to Answer<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 12/29/2004 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Letter to Benger<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 01/05/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Telephone conference with attorney; Memo to file; Preparation of Extension of Time to File Answer<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 01/13/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Letter to attorney; Telephone conference with same<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 03/14/2005 | 7 | A | 1 | 235.00 | 2.75 | 646.25 | Preparation of Scheduling conference documents<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 03/18/2005 | 7 | A | 1 | 235.00 | 2.75 | 646.25 | Telephone conference with Counsel; Email correspondence; Edit of joint schedule<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 03/24/2005 | 7 | A | 1 | 235.00 | 2.25 | 528.75 | Prepare for and attend scheduling conference<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 03/25/2005 | 7 | A | 1 | 235.00 | 1.25 | 293.75 | Preparation of automatic disclosure documents<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 03/28/2005 | 7 | A | 1 | 235.00 | 0.75 | 176.25 | Email correspondence with attorney regarding questionnaire<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 04/13/2005 | 7 | A | 1 | 235.00 | 0.75 | 176.25 | Telephone conference with and letter to attorney<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 04/13/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Preparation of Notice of Deposition<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 04/27/2005 | 7 | A | 1 | 235.00 | 2.50 | 587.50 | Research for Motion for Summary Judgment; Letter to attorney | ARCH |

Fees

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| 200.353 | 05/17/2005 | 7 | A | 1 | 235.00 | 1.50 | 352.50 | Letter to attorney, deposition preparation<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 05/31/2005 | 7 | A | 1 | 235.00 | 1.75 | 411.25 | Telephone conference with attorney; Reschedule of deposition; Letter regarding withdrawal liability questionnaire; Research regarding Summary Judgment<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 06/06/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Letter to attorney<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 06/06/2005 | 7 | A | 1 | 235.00 | 2.50 | 587.50 | Research regarding successor liability<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 06/13/2005 | 7 | A | 1 | 235.00 | 5.50 | 1292.50 | Prepare for and attend deposition; Preparation of Discovery<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 06/14/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Review Memorandum of Understanding; Research regarding same<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 06/20/2005 | 7 | A | 1 | 235.00 | 4.75 | 1116.25 | Preparation of Interrogatories and Requests for Production of Documents; Legal research regarding successor employer<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 06/22/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Letter to Court regarding status conference<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 06/23/2005 | 3 | A | 21 | 210.00 | 3.00 | 630.00 | Review file; Research regarding withdrawal liability and successor liability<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 06/24/2005 | 3 | A | 20 | 210.00 | 5.00 | 1050.00 | Research regarding withdrawal liability and successorship<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 06/27/2005 | 3 | A | 20 | 210.00 | 1.50 | 315.00 | Research regarding Cambridge printing and successor liability<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 06/27/2005 | 7 | A | 1 | 235.00 | 3.75 | 881.25 | Preparation of Discovery Responses<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 06/28/2005 | 7 | A | 1 | 235.00 | 2.50 | 587.50 | Preparation of Subpoena to Next Generation<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 06/28/2005 | 3 | A | 20 | 210.00 | 2.00 | 420.00 | Research regarding successor liability theories<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 07/21/2005 | 7 | A | 1 | 235.00 | | 0.00 | Research regarding enforcement of subpoena; Telephone conference regarding discovery<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 10/06/2005 | 7 | A | 1 | 235.00 | 2.50 | 587.50 | Preparation of Motion to Amend scheduling conference and Motion for Contempt regarding Next Generation<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 10/07/2005 | 7 | A | 1 | 235.00 | 0.75 | 176.25 | Edit of Motion to Amend scheduling conference and Motion for Contempt<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 11/04/2005 | 7 | A | 1 | 235.00 | 2.25 | 528.75 | Telephone conference with Court and attorney for Next Generation, letter to same, review of confidentiality agreement<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 11/07/2005 | 7 | A | 1 | 235.00 | 2.25 | 528.75 | Telephone conference with Next Generation's attorney; Letter to L. Donaghue; Prepration of Memo to Amend Scheduling Conference Order<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 11/18/2005 | 7 | A | 1 | 235.00 | 1.25 | 293.75 | Preparation of Notice of Deposition to Next Generation<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 11/22/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Letter to Constable and Donaghue<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 11/29/2005 | 7 | A | 1 | 235.00 | 2.75 | 646.25 | Letter to Rothstein; Review documents from Eagle<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | |
| 200.353 | 12/01/2005 | 7 | A | 1 | 235.00 | 3.25 | 763.75 | Meeting at Next Gen to review subpoenaed records<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 12/02/2005 | 7 | A | 1 | 235.00 | 1.50 | 352.50 | Review of Eagle documents<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 12/07/2005 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Letter to Rothstein regarding rescheduled deposition notice<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 01/10/2006 | 7 | A | 1 | 235.00 | 7.25 | 1703.75 | Prepare for and attend deposition of Rothstein/Next Generation<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 01/17/2006 | 7 | A | 1 | 235.00 | 1.75 | 411.25 | Preparation of Interrogatories to Eagle; Letter to attorney<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 01/27/2006 | 7 | A | 1 | 235.00 | 6.25 | 1468.75 | Review deposition transcript; Research regarding de facto mergers and sucessor liability; Preparation of Settlement letter<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 01/31/2006 | 7 | A | 1 | 235.00 | 1.50 | 352.50 | Edit Settlement letter<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 02/03/2006 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Review Discovery documents<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 02/07/2006 | 7 | A | 1 | 235.00 | 4.75 | 1116.25 | Telephone conference with Next Generation attorney; Research regarding Document Request; Review of deposition testimony<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 02/08/2006 | 7 | A | 1 | 235.00 | 4.25 | 998.75 | Telephone conference with Eagle's attorney; Preparation of Document Request to Next Generation; Letter to Next Generation<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 02/28/2006 | 7 | A | 1 | 235.00 | 0.50 | 117.50 | Telephone conference with attorney; Letter to same; Preparation of Motion to Extend<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 03/03/2006 | 7 | P | 1 | 235.00 | 1.25 | 293.75 | Review of documents from Next Gen<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | 60 |
| 200.353 | 03/09/2006 | 7 | P | 1 | 235.00 | 7.50 | 1762.50 | Preparation of Motion for Summary Judgment<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | 62 |
| 200.353 | 03/10/2006 | 7 | P | 1 | 235.00 | 3.75 | 881.25 | Preparation of Motion for Summary Judgment<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | 63 |
| 200.353 | 03/10/2006 | 7 | P | 1 | 235.00 | 5.00 | 1175.00 | Preparation of Motion for Summary Judgment<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | 64 |
| **Total for Fees** | | | | | Billable | 129.25 | 30003.75 | | |
| **Advances** | | | | | | | | | |
| 200.353 | 09/14/2004 | 7 | A | 134 | | | 43.78 | Online Computer Research Charges via Lexis-Nexis during the month of August 04<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 10/27/2004 | 7 | A | 134 | | | 40.93 | Online Computer Research Charges Dun & Bradstreet<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 10/27/2004 | 7 | A | 134 | | | 9.95 | Online Computer Research Charges via knowx.com<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 11/15/2004 | 7 | A | 134 | | | 50.31 | Online Computer Research Charges via Lexis-Nexis during the month of October 2004<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 11/29/2004 | 7 | A | 114 | | | 150.00 | Filing Fees/ (38) Clerk, US District Court<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 11/29/2004 | 7 | A | 54 | | | 4.88 | Certified Mail Cost - Copy of Complaint to U.S. Secretary of Labor<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 11/29/2004 | 7 | A | 54 | | | 4.88 | Certified Mail Cost - Copy of Complaint to U.S. Secretary of Treasury | ARCH |

Detail Transaction File List
Feinberg, Campbell & Zack, P.C.

| Client | Trans Date | Atty | H P | Tcd | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| Advances | | | | | | | | | |
| 200.353 | 11/29/2004 | 7 | A | 54 | | | 0.00 | Certified Mail Cost<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 11/29/2004 | 7 | A | 127 | | | 7.10 | Courier/City Express (1115) City Express to US District Court<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 11/30/2004 | 7 | A | 134 | | | 38.00 | Online Computer Research Charges via Locate Plus during the month of November 2004<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 01/01/2005 | 7 | A | 134 | | | 24.95 | Online Computer Research Charges via knowx.com<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 01/03/2005 | 7 | A | 115 | | | 36.00 | Service of Summons and Complaint: Sheriff's Department, Norfolk County 12/06/04<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 01/03/2005 | 7 | A | 115 | | | 51.38 | Service of Summons and Complaint on Joseph Benger: Sheriff's Department 12/06/04<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 06/13/2005 | 7 | A | 134 | | | 24.95 | Online Computer Research Charges via knowx.com<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 06/23/2005 | 7 | A | 115 | | | 103.00 | Service of Federal Subpoenas: All State Constables on KOR-Next Generation Printing<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 07/13/2005 | 7 | A | 112 | | | 317.00 | Deposition/Transcript Expense: (2412) Neal A. Salloway - Deposition of Joseph Benger<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 07/26/2005 | 7 | A | 134 | | | 168.23 | Online Computer Research Charges via Lexis-Nexis during the month of June 2005<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 10/31/2005 | 7 | A | 44 | | | 29.00 | Parking - Attorney Campbell<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 11/01/2005 | 7 | A | 115 | | | 50.00 | Service of Order to Next Generation Printing: (2431) All State Constables<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 12/22/2005 | 7 | A | 115 | | | 0.00 | Service of Subpoena and Federal Witness Fee on Next Generation Printing Inc. by All State Constables<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |
| 200.353 | 01/10/2006 | 7 | A | 112 | | | 445.75 | Deposition/Transcript Expense: (2412) Neal A. Salloway - Deposition of Paul E. Rothstein<br>New England Teamsters & Trucking Industry<br>Eagle Graphics, Inc. | ARCH |

Total for Advances    Billable   0.00   1600.09

GRAND TOTALS

Billable   129.25   31603.84