UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br>Plaintiff,<br><br>v.<br><br>EAGLE GRAPHICS, INC and<br>JOSEPH BENGER, in his capacity as President of Eagle Graphics, Inc.<br>Defendants, | C.A. No. 04-12509 DPW |

JOINT STATUS REPORT
==

Plaintiff filed his Motion for Summary Judgment on March 13, 2006 as against Defendant Eagle Graphics, Inc. Count II of the Complaint as against Defendant Joseph Benger has been withdrawn as indicated in Plaintiff's Memorandum in Support of its Motion for Summary Judgment, p. 2. The Motion is unopposed by Defendant.

The only additional proceedings anticipated by Plaintiff are post judgment enforcement actions which may include trustee process motions and/or a complaint to reach and apply assets of Defendant Eagle.

Charles Langone, as Fund Manager of
New England Teamsters and Trucking
Industry Pension Fund,
By his Attorneys,

/s/ Catherine M. Campbell
Catherine M. Campbell
BBO# 549397
Feinberg, Charnas, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
Dated: April 6, 2006

Eagle Graphics, Inc., and Joseph
Benger, in his capacity as President
of Eagle Graphics, Inc.
By their Attorney,

/s/ Laurence J. Donoghue
Laurence J. Donoghue
BBO#: 130140
Morgan, Brown & Joy, LLP
200 State Street 11th floor
Boston, MA 02109-2605
Dated: April 6, 2006