UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

CHARLES LANGONE, as FUND MANAGER    )
of the NEW ENGLAND TEAMSTERS AND    )
TRUCKING INDUSTRY PENSION FUND       )
                                                    )
        Plaintiff,                            )
                                                    )        C.A. No. 04-12509 DPW
v.                                                  )
                                                    )
EAGLE GRAPHICS, INC and                )
JOSEPH BENGER, in his capacity as President )
of Eagle Graphics, Inc.                       )
                                                    )
        Defendants,                         )
and                                                 )
                                                    )
NEXT GENERATION PRINTING, INC.      )
                                                    )
        Reach and Apply Defendant.       )
_____)

## STATUS REPORT REGARDING PLAINTIFF'S
## MOTION TO REACH AND APPLY

As ordered at the recent status conference, the undersigned contacted counsel for Next

Generation Printing, Inc., the Reach and Apply Defendant in the above referenced action, to

inform him of that the Court had shortened the time to respond to Plaintiff's Motion to Reach

and Apply to April 21, 2006.  John Rothstein, counsel for Next Generation, indicated that he had

not yet received the Motion, was leaving on April 14th for vacation and would not return until

April 24, 2006.  He asked that I notify the Court of the situation and request a one week

extension of time for Next Generation to respond to the Motion, until April 28, 2006.  Attorney

Rothstein's letter is attached hereto.  Under the circumstances, Plaintiff has no objection to the

requested extension.

Dated: April 18, 2006    For the Plaintiff,

        Catherine M. Campbell
        BBO #549397
        Renee J. Bushey
        BBO #629444
        Feinberg, Campbell & Zack, P.C.
        177 Milk Street
        Boston, MA 02109
        (617) 338-1976

        /S/ Catherine M. Campbell
        Attorney for Plaintiff,


<u>Certificate of Service</u>

   I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to Laurence Donoghue, Esq., Morgan, Brown & Joy, LLP, 200 State Street, 11th Floor, Boston, MA 02109-2605 and John A. Rothstein, Esq., Next Generation Printing, Inc., 179 Campanelli Pkwy., Stoughton, MA 02072.

        /s/Catherine M. Campbell
Date: April 18, 2006    Catherine M. Campbell



**nextgen** expect more.
next generation printing

Next Generation Printing, Inc.
179 Campanelli Parkway
Stoughton, MA 02072

tel: 781.318.2250                                                      John A. Rothstein, Esq.
fax: 781.318.2290                                                        Corporate Counsel
www.nextgenprinting.com                                          Direct Line: 781-318-2220
                                                                              Direct Fax: 781-318-2265
                                                            Email: jrothstein@nextgenprinting.com

April 14, 2006

FEINBERG, CAMPBELL & ZACK, P.C.
Catherine Campbell, Esq.
177 Milk Street
Suite 300
Boston, MA 02109

> **RE:   Langone v. Eagle Graphics, Inc.**

Dear Ms. Campbell:

Thank you for taking the time to speak with me earlier today. As I mentioned, I am leaving for vacation in Florida later this morning and will not be returning until April 24, 2006. I respectfully request that you ask the Court for an additional week for responses to the motion in order to allow me the opportunity to review your Motion and, if appropriate, reply. While I do not know what is contained in the motion or whether a reply from me will be required, I feel that it is imperative that Next Gen be provided the time to review the Motion and respond to same if need be.

While I am in Florida I can be reached via cell phone at 617-827-3000. Feel free to contact me if necessary. Thank you for assistance in this matter.

Yours,
NEXT GENERATION PRINTING, INC.

BY:   John Rothstein, Esq.
      Corporate Counsel

JAR:npo

