**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

**CHARLES LANGONE, as Fund Manager**
**of the New England Teamsters and**
**Trucking Industry Pension Fund,**

        **Plaintiff,**

v.                                           **Civil Action No. 04-12509 DPW**

**EAGLE GRAPHICS, INC. and JOSEPH**
**BENGER, in his capacity as President**
**of Eagle Graphics,**

        **Defendants.**

---

**DEFENDANT EAGLE GRAPHICS INC.'S ASSENTED-TO MOTION TO EXTEND**
**TIME TO RESPOND TO PLAINTIFF'S MOTION TO REACH AND**
**APPLY AND MOTION FOR APPROVAL OF TRUSTEE PROCESS**

      Defendant Eagle Graphics, Inc., with the assent of plaintiff, hereby requests that the court grant an extension, to April 28, 2006, for said defendant to submit a response to plaintiff's motion to reach and apply and motion for approval of trustee process to attach bank account ('Plaintiff's motions"). As grounds for said motion, defendant states:

      1. Plaintiff's motions were filed with the court on April 13, 2006, and served on counsel for defendant on that date;

      2. At a status conference on April 13 the court shortened the time to respond to plaintiff's motions to April 21, 2006;

      3. In a status report filed by plaintiff's counsel on April 18, counsel advised the court that the reach and apply defendant Next Generation Printing, Inc., had requested, and plaintiff had no objection to, an extension to April 28 for said reach and apply defendant to respond to the

plaintiff's motion to reach and apply;

    4.   As a result, the additional time defendant seeks by this motion will not delay action on plaintiff's motions; and

    5.   Counsel for plaintiff assents to such extension.

WHEREFORE, defendant Eagle Graphics, Inc. requests that it be granted leave to file a response to plaintiff's motion for approval of trustee process to attach bank account and motion to reach and apply on or before April 28, 2006.

                              Respectfully submitted,

                              Defendant,

                              EAGLE GRAPHICS, INC.

Dated: April 19, 2006          By:    /s/ Laurence J. Donoghue
                                          Laurence J. Donoghue (BBO No. 130140)
                                          Morgan Brown & Joy LLP
                                          200 State Street
                                          Boston, MA 02109
                                          617-523-6666

Assented to:

Plaintiff:

CHARLES LANGONE,
Fund Manager of the New England
Teamsters and Trucking Industry
Pension Fund


/s/ Catherine M. Campbell
Catherine M. Campbell, (BBO No. 549397)
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
617-338-1976

**CERTIFICATE OF SERVICE**

      I certify that I have served a copy of the above document via electronic mail and by first class mail this 19th day of April, 2006, upon counsel for plaintiff: Catherine M. Campbell, Esq., Feinberg, Campbell & Zack, P.C., 177 Milk Street, Suite 300, Boston, MA 02109.

      /s/ Laurence J. Donoghue
      Laurence J. Donoghue