UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
)
)
Plaintiff, )
) C.A. No. 04-12509 DPW
v. )
)
EAGLE GRAPHICS, INC and )
JOSEPH BENGER, in his capacity as President )
of Eagle Graphics, Inc. )
)
Defendants, )
)

---

## JUDGMENT

Now, upon Motion of Plaintiff demonstrating that Defendant Eagle Graphics, Inc. owes Plaintiff the principal sum of $152,215.00 for withdrawal liability, $15,275.78 in interest charges, $30,443.00 in liquidated damages and $31,603.84 in attorneys' fees and costs, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Eagle Graphics, Inc. the sum of $229,537.62.

Dated: April 13, 2006

_____
Judge, U.S. District Court