UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CHARLES LANGONE, as Fund Manager
of the New England Teamsters and
Trucking Industry Pension Fund,**

      **Plaintiff,**

v.                                                Civil Action No. 04-12509 DPW

**EAGLE GRAPHICS, INC. and JOSEPH
BENGER, in his capacity as President
of Eagle Graphics,**

      **Defendants.**

**DEFENDANT EAGLE GRAPHICS INC.'S ASSENTED-TO MOTION TO
FURTHER EXTEND TIME TO RESPOND TO PLAINTIFF'S
MOTION TO REACH AND APPLY AND MOTION FOR
APPROVAL OF TRUSTEE PROCESS**

Defendant Eagle Graphics, Inc., with the assent of plaintiff, hereby requests that the court grant a further extension, to May 5, 2006, for said defendant to submit a response to plaintiff's motion to reach and apply and motion for approval of trustee process to attach bank account ('Plaintiff's motions"). As grounds for said motion, defendant states:

    1.     Plaintiff's motions were filed with the court on April 13, 2006, and served on counsel for defendant on that date;

    2.     At a status conference on April 13 the court shortened the time to respond to plaintiff's motions to April 21, 2006;

    3.     This court, in an order dated April 27, 2006, granted defendant an extension to April 28, 2006, to file its responses to plaintiff's motion.

4.	Since the entry of judgment in this matter, the parties have engaged in discussions as to resolution of the entire dispute between the parties and are actively continuing such discussions. If those discussions are successful, plaintiff's motions will be moot; and

5.	Counsel for plaintiff assents to this extension.

WHEREFORE, defendant Eagle Graphics, Inc. requests that it be granted leave to file a response to plaintiff's motion for approval of trustee process to attach bank account and motion to reach and apply on or before May 5, 2006.

                Respectfully submitted,

                Defendant,

                EAGLE GRAPHICS, INC.

Dated: April 27, 2006        By:    /s/ Laurence J. Donoghue
                                        Laurence J. Donoghue (BBO No. 130140)
                                        Morgan Brown & Joy LLP
                                        200 State Street
                                        Boston, MA 02109
                                        617-523-6666

Assented to:

Plaintiff:

CHARLES LANGONE,
Fund Manager of the New England
Teamsters and Trucking Industry
Pension Fund


/s/ Catherine M. Campbell
Catherine M. Campbell, (BBO No. 549397)
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
617-338-1976

**CERTIFICATE OF SERVICE**

      I certify that I have served a copy of the above document via electronic mail and by first class mail this 27th day of April, 2006, upon counsel for plaintiff:  Catherine M. Campbell, Esq., Feinberg, Campbell & Zack, P.C., 177 Milk Street, Suite 300, Boston, MA 02109.

      /s/ Laurence J. Donoghue
      Laurence J. Donoghue