UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

**CHARLES LANGONE, as Fund Manager
of the New England Teamsters and
Trucking Industry Pension Fund,**

        **Plaintiff,**

v.                                                                    Civil Action No. 04-12509 DPW

**EAGLE GRAPHICS, INC. and JOSEPH
BENGER, in his capacity as President
of Eagle Graphics,**

        **Defendants.**

---

### DEFENDANT EAGLE GRAPHICS INC.'S ASSENTED-TO MOTION TO EXTEND TO JUNE 9, 2006 THE TIME TO RESPOND TO PLAINTIFF'S MOTION TO REACH AND APPLY AND MOTION FOR APPROVAL OF TRUSTEE PROCESS

Defendant Eagle Graphics, Inc., with the assent of plaintiff, hereby requests that the court grant a further extension, to June 9, 2006, for said defendant to submit a response to plaintiff's motion to reach and apply and motion for approval of trustee process to attach bank account ('Plaintiff's motions"). As grounds for said motion, defendant states:

1. Plaintiff's motions were filed with the court on April 13, 2006, and the court has previously granted defendant extensions to file its responses to plaintiff's motion as the parties discussed settlement.

2. The parties have continued to pursue resolution of the entire dispute between the parties and are actively continuing such discussions. However, as the proposed settlement requires the involvement of persons or entities who are not parties to this action, additional time

is needed to explore and finalize any settlement.

3. If those settlement discussions are successful, plaintiff's motions will be moot; and

4. Counsel for plaintiff assents to this extension.

WHEREFORE, defendant Eagle Graphics, Inc. requests that it be granted leave to file a response to plaintiff's motion for approval of trustee process to attach bank account and motion to reach and apply on or before June 9, 2006.

            Respectfully submitted,

            Defendant,

            EAGLE GRAPHICS, INC.

Dated: May 10, 2006      By: /s/ Laurence J. Donoghue
            Laurence J. Donoghue (BBO No. 130140)
            Morgan Brown & Joy LLP
            200 State Street
            Boston, MA 02109
            617-523-6666

Assented to:

Plaintiff:

CHARLES LANGONE,
Fund Manager of the New England
Teamsters and Trucking Industry
Pension Fund


/s/ Catherine M. Campbell
Catherine M. Campbell, (BBO No. 549397)
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
617-338-1976

**CERTIFICATE OF SERVICE**

    I certify that I have served a copy of the above document via electronic mail and by first class mail this 10th day of May, 2006, upon counsel for plaintiff:   Catherine M. Campbell, Esq., Feinberg, Campbell & Zack, P.C., 177 Milk Street, Suite 300, Boston, MA 02109.


                                              /s/ Laurence J. Donoghue  
                                              Laurence J. Donoghue