# United States District Court
# District of Massachusetts

CHARLES LANGONE, as FUND MANAGER
    of the NEW ENGLAND TEAMSTERS AND
    TRUCKING INDUSTRY PENSION FUND
               Plaintiff,

V.                                                    CA No. 04-12509-DPW

EAGLE GRAPHICS, INC and
JOSEPH BENGER, in his capacity as President
    of Eagle Graphics, Inc.
               Defendants.

## ORDER OF APPROVAL OF ATTACHMENT ON TRUSTEE PROCESS

COLLINGS, U.S.M.J.

This cause came on to be heard upon a motion for an order of approval of attachment on trustee process on Trustee Bank of America. No opposition has been filed.

Upon consideration thereof, this Court hereby finds that the plaintiff has recovered judgment, including interest, liquidated damages, fees and costs, in the amount of $229,537.62 as against Defendant Eagle Graphics, Inc., and such

amount being over and above any liability insurance known or reasonably believed to be available.

WHEREUPON the court hereby approves attachment on trustee process on Trustee Bank of America in the amount of $229,537.62, subject to all applicable exemptions and limitations provided by law.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

October 16, 2006.