UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>EAGLE GRAPHICS, INC and JOSEPH BENGER, in his capacity as President of Eagle Graphics, Inc.<br><br>Defendants,<br><br>and<br><br>BANK OF AMERICA<br><br>Trustee. | C.A. No. 04-12509 DPW |

## SUMMONS TO TRUSTEE

To the above-named Trustee:

You are hereby summoned and required to file, within 20 days after service of this summons upon you, exclusive of the day of service, a disclosure under oath of what goods, effects or credits, if any, of the defendant are in your hands or possession at the time of the service of this summons upon you which may be taken on execution as the plaintiff New England Teamsters and Trucking Industry Pension Fund of One Wall Street, Burlington, MA, whose attorney is Catherine M. Campbell, Esq., of Feinberg, Campbell & Zack, P.C., may recover pursuant to a judgment entered against said defendant in the U. S. District Court for the District of MA, to the value of $229,537.62. Such goods, effects, or credits are hereby attached. If you do not do so, judgment by default will be taken against you and you will be adjudged trustee as alleged.

If you are a trust company, savings bank, cooperative bank, credit union, national banking association, or any other banking institution doing business in the Commonwealth, and if the credits of the said defendant in your hands include an account or accounts in the name of any natural person, you are hereby notified that pursuant to Massachusetts General Laws, c. 246 § 28A, $500 owned by the said defendant (if a natural person) are exempt from this attachment (a joint account to be treated for this purpose as if each depositor owned one-half of the amount thereof). No business, trust or organization shall be entitled to this exemption, and no natural person shall be entitled to more than a $500 exemption at any one time.

Date: 10/22/06

_____
(Clerk of Court)

PROOF OF SERVICE ON TRUSTEE

    I hereby certify and return that on _____,
I served a copy of the within summons upon the within named trustee, in the following manner:

_____
(Signature)

_____
(Name and title)

_____
(Address)