UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
CHARLES LANGONE, as FUND MANAGER      )
of the NEW ENGLAND TEAMSTERS AND      )
TRUCKING INDUSTRY PENSION FUND        )
                                      )
            Plaintiff,                )
                                      )   C.A. No. 04-12509 DPW
v.                                    )
                                      )
EAGLE GRAPHICS, INC and               )
JOSEPH BENGER, in his capacity as President )
of Eagle Graphics, Inc.               )
                                      )
            Defendants,               )
and                                   )
                                      )
NEXT GENERATION PRINTING, INC.        )
                                      )
            Reach and Apply Defendant.)
                                      )
```

## ORDER TO REACH AND APPLY

A judgment having been issued against Defendant Eagle Graphics, Inc. in favor of Plaintiff in the amount of $229,537.62 on April 13, 2006.

Now, upon Motion of Plaintiff to reach and apply funds due to Defendant Eagle Graphics, Inc.:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that

1.  Reach and Apply Defendant Next Generation Printing, Inc., is permanently enjoined from selling, assigning, transferring, alienating or paying to Defendant Eagle Graphics, Inc., Eagle President Joseph Benger aka Craig Benger or any other party any and all monies due or to become due to Eagle Graphics, Inc from Reach and Apply Defendant Next Generation Printing, Inc.;

2.   Any and all monies due or to become due to Eagle Graphics, Inc., including but not limited to monies on accounts identified as Eagle Legacy Accounts, from Reach and Apply Defendant Next Generation Printing, Inc. shall be reached and applied by Plaintiff until such time as the Judgment has been fully satisfied.

Dated: _January 3, 2007_

_____
D.J. Judge